UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOROTHY FRIZZELL,

    Plaintiff,

v.

WAL-MART STORES, INC., a foreign Corp., individually and d/b/a WAL-MART STORE #2692,

WAL-MART STORES EAST, LIMITED PARTNERSHIP, a foreign Limited partnership, individually and d/b/a WAL-MART STORE #2692

SAM'S EAST, INC., a Foreign Profit Corporation,

    Defendants.

USDC Case No. 19-cv-10216
Hon: Nancy G. Edmunds
Magistrate Judge:
R. Steven Whalen

---

## STIPULATION OF DISMISSAL
_____

    The parties hereto, by their respective counsel, hereby stipulate and agree to the entry of the attached Order dismissing Plaintiff's action against DEFENDANTS, WAL-MART STORES, INC., WAL-MART STORES EAST, LIMITED PARTNERSHIP, and SAM'S EAST, INC., with prejudice and without costs, interest or attorney fees to any party.

| | |
|---|---|
| LAW OFFICE OF KELMAN<br> & FANTICH | PLUNKETT COONEY |
| By: */s/ Brian L. Fantich*<br>   Brian L. Fantich (P60935)<br>   Attorney for Plaintiff | By: */s/ Richard G. Szymczak*<br>   Richard G. Szymczak (P29230)<br>   Attorney for Defendants |

Dated:  October 22, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOROTHY FRIZZELL,

    Plaintiff,

v.

WAL-MART STORES, INC., a foreign Corp., individually and d/b/a WAL-MART STORE #2692,

WAL-MART STORES EAST, LIMITED PARTNERSHIP, a foreign Limited partnership, individually and d/b/a WAL-MART STORE #2692

SAM'S EAST, INC., a Foreign Profit Corporation,

    Defendants.

USDC Case No. 19-cv-10216
Hon: Nancy G. Edmunds
Magistrate Judge:
R. Steven Whalen

## ORDER OF DISMISSAL

Upon the reading and filing of the foregoing stipulation of the parties; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that DEFENDANTS, WAL-MART STORES, INC., WAL-MART STORES EAST, LIMITED PARTNERSHIP, and SAM'S EAST, INC., are hereby dismissed from this matter, with prejudice and without costs, interests or attorney fees to either party.

This is a final order and resolves the last pending claims in this matter and closes the case.

s/ Nancy G. Edmunds
Hon. Nancy G. Edmunds
United States District Judge

Dated: October 23, 2019

Open.13046.90082.22814362-1